**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No. 2-10-bk-05992-GBN |
|---|---|
| GEEKS, INC., | ) Chapter 7 |
| Debtors. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3001 | 6/28/10 | GEEKS, INC.<br>4331 E. BASELINE RD B105<br>GILBERT, AZ 85234 | $262.15 |

Dated this 30th day of November, 2010.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee